

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Hon. George H. Sheppard
Comptroller of Public Accounts
Austin, Texas

Dear Sir:

Opinion No. O-1526
Re: Authority of Comptroller to charge bills for bind-
ing against the appropriations made by the 46th
Legislature, under the heading "Maintenance &
Miscellaneous" for "books, stationery, printing,
office supplies, ... $35,000.00."

By your letter of October 16th, you advise this Department
that you have for many years incurred accounts of approximately
$1,000.00 per year for binding the records of your office, but
that the appropriation for binding was eliminated from your de-
partmental appropriation for the current biennium. You ask whe-
ther your department may charge such bills for binding against
the appropriation made under the heading "Maintenance & Miscellan-
eous" for "books, stationery, printing, office supplies, $35,000."

Item 4 of your appropriation, on page 42 of the supplement to
the Senate Journal of the 46th Legislature, Regular Session, con-
taining Senate Bill 427, the departmental appropriation bill, pro-
vides an item for "binding records, $1,000.00," immediately pre-
ceding the item to which you refer. It appears that this item
was stricken from your appropriation by the Governor in the exer-
cise of his veto power.

You are advised that in our opinion no one of the purposes
for which the $35,000 is appropriated is intended in any manner
either directly or by inference to authorize the expenditure of
any part of such item of your appropriation for expenses incurred
in binding your records. Expenditures for binding could not be
justified on the ground that it represented the purchase of books,
stationery, printing or office supplies.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By                    (signed)
                R. W. Fairchild
                Assistant

RWF:pbp          (STAMPED) APPROVED
APPROVED OCT 23, 1939          Opinion Committee
NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT
Gerald C. Mann (signed)          By B. W. B., Chairman
ATTORNEY GENERAL OF TEXAS